Case No.  2:19-cv-00098-JLS (KSx)                           Date: June 10, 2019
Title:  Nehemiah Kong v. Towne Center West I, LLC, et al.

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

      Not Present                                                                         Not Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER TO SHOW CAUSE ("OSC") REGARDING JOINT STATUS REPORT**

     On February 25, 2019, the Court issued an Order Granting Application for Stay and Early Mediation: ADA Disability Access Litigation that directed the parties to file a Joint Status Report no later than 7 days after completion of the ADR mediation. (*See* Doc. 15). To date, the Court has not received a Joint Status Report filed by the parties.

     Accordingly, counsel is hereby ordered to show cause in writing no later than **June 17, 2019**, why this case should not be dismissed and/or issue sanctions for failure to comply with this Court's order. The Court will consider either the filing of a Notice of Settlement or a Stipulation of Dismissal, on or before the date upon which the response is due as a satisfactory response to the Order to Show Cause.

                                                                                   Initials of Preparer:  tg