---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  CV 19-00098 JLS (KS)            Date: 7/31/2019
Title: Nehemiah Kong v. Towne Center West I, LLC et al

---

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:**      **(In Chambers) ORDER IMPOSING MONETARY SANCTIONS ON COUNSEL FOR FAILURE TO COMPLY WITH COURT ORDER**

This matter is before the Court on its own motion.

The parties failed to comply with paragraph 5 of the Court's Order Granting Application for Stay and Early Mediation, which required that they file a joint status report within 7 days after mediation.  (*See* Doc. 15.)  Moreover, the parties failed to comply with the Court's Order to Show Cause regarding that failure.  (*See* Doc. 18.)

Therefore, pursuant to Local Rule 83-7 and the Court's inherent power, the Court imposes monetary sanctions as to Center for Disability Access and Kenneth I Gross and Associates in the amount of $200.00 each, payable to the Clerk of Court within 30 days of the entry of this Order.

**IT IS SO ORDERED.**


**CC: FISCAL**

Initials of Preparer:  tg

---