1   CENTER FOR DISABILITY ACCESS
2   CHRIS CARSON, ESQ., SBN 280048
    RAY BALLISTER, JR., ESQ., SBN 111282
3   PHYL GRACE, ESQ., SBN 171771
    DENNIS PRICE, ESQ., SBN 279082
4   CHRISTOPHER A. SEABOCK, ESQ.,SBN 279640
    8033 Linda Vista Road, Suite 200
5   San Diego, CA 92111
    phylg@potterhandy.com
6
7   Attorneys for Plaintiff

8   KENNETH I. GROSS, SBN 117838
    LAW OFFICES OF KENNETH I. GROSS &
9   ASSOCIATES
    84 S. Broadway, Suite 504
10  Los Angeles, California 90014-3232
    Telephone: (213) 627-0218
11  Fax: (213) 623-4628
12  kgross@kigrosslaw.com

13  Attorney for Defendants TOWNE CENTER
    WEST I, LLC AND TOWNE CENTER
14  WEST II, LLC

15

16
                    UNITED STATES DISTRICT COURT
17                  CENTRAL DISTRICT OF CALIFORNIA
18

19  NEHEMIAH KONG,                        **Case No.:** 2:19-cv-00098-JLS-KS
20              Plaintiff,                **Joint Stipulation for Plaintiff to
21  v.                                    File First Amended Complaint**
22
    TOWNE CENTER WEST I, LLC, a
23  Delaware Limited Liability Company;
    TOWNE CENTER WEST II, LLC, a
24  Delaware Limited Liability Company;
    and Does 1-10,
25
26              Defendants.
27
28

Joint Stipulation to File Amended Complaint                Case No. 2:19-cv-00098-JLS-KS

**WHEREAS**, Federal Rule of Civil Procedure 15 provides that, once an answer is on file, a party may only amend its pleading by consent of the court **or** by written consent of the party who has answered; and:

**WHEREAS**, consent to amend a complaint should be freely given when the interests of justice require; and

**WHEREAS**, the plaintiff wishes to file a first amended complaint;

**WHEREAS**, the plaintiff's First Amended Complaint is necessary to the outcome of the instant action as it includes responsible parties previously unknown to Plaintiff; and

**WHEREAS**, Plaintiff has presented the undersigned defense counsel with a "redlined" version of the proposed amended pleading; and

**WHEREAS**, a copy of the "redlined" First Amended Complaint is filed concurrently;

**THEREFORE, IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint. Plaintiff will file said pleading within seven days of the Order of this Court.

Additionally, the Answer to the Complaint filed by the defendants Towne Center West I, LLC and Towne Center West II, LLC, on June 26, 2019, in which Answer and defenses were prepared in response to the Complaint, shall be deemed fully responsive to the First Amended Complaint and said defendants do not have to file another Answer.

**IT IS SO STIPULATED.**

Dated: September 4, 2019                    CENTER FOR DISABILITY ACCESS

                                            By: /s/ Christopher A. Seabock
                                                Christopher A. Seabock
                                                Attorney for Plaintiff


Dated: September 4, 2019                    LAW OFFICES OF KENNETH I.
                                            GROSS & ASSOCIATES

                                            By: /s/ Kenneth I. Gross
                                                Kenneth I. Gross
                                                Attorney for Defendants


**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this Stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: September 4, 2019                    By: /s/ Christopher A. Seabock
                                                Christopher A. Seabock
                                                Attorney for Plaintiff