NOTE: CHANGES MADE BY THE COURT

Service and filing of amended complaints must be in conformity with Local Rules 15-1 to 15-3. Defendants must file an Answer to the FAC and may not rely on the Answer to the original Complaint.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH KONG, | Case: No.: 2:19-cv-00098-JLS-KS |
| Plaintiff, | |
| v. | |
| TOWNE CENTER WEST I, LLC, a Delaware Limited Liability Company; TOWNE CENTER WEST II, LLC, a Delaware Limited Liability Company; and Does 1-10, | **ORDER GRANTING JOINT STIPULATION TO FILE FIRST AMENDED COMPLAINT** |
| Defendants. | |

UPON STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED THAT Plaintiff may file his First Amended Complaint ("FAC"). Plaintiff shall serve and file his FAC in conformity with Local Rules 15-1 to 15-3 within seven days of the entry of this Order.  Defendant shall file an Answer to the FAC within fourteen days after service.

IT IS SO ORDERED.

Dated:  September 09, 2019

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE