1  CENTER FOR DISABILITY ACCESS
   Ray Ballister Jr., Esq., SBN 111282
2  Russell Handy, Esq., SBN 195058
   Dennis Price, Esq., SBN 279082
3  Amanda Seabock, Esq., SBN 289900
   8033 Linda Vista Road, Suite 200
4  San Diego, CA 92111
   (858) 375-7385; (888) 422-5191 fax
5  AmandaS@potterhandy.com

6  Attorneys for Plaintiff, NEHEMIAH KONG

7

8              UNITED STATES DISTRICT COURT
             CENTRAL DISTRICT OF CALIFORNIA
9

10  NEHEMIAH KONG,                    )  Case No.: 2:19-CV-00098-JLS-KS
                                      )
11         Plaintiff,                 )
       v.                             )
12                                    )  **NOTICE OF SETTLEMENT AND
    TOWNE CENTER WEST I, LLC, a       )  REQUEST TO VACATE ALL
13  Delaware Limited Liability Company; )  CURRENTLY SET DATES**
    TOWNE CENTER WEST II, LLC, a      )
14  Delaware Limited Liability Company; )
    SPRINT SPECTRUM, L.P., a Delaware )
15  Limited Partnership;              )
    SPRINT SPECTRUM HOLDING           )
16  COMPANY, LLC, a Delaware Limited  )
    Liability Company; and Does 1-10, )
17                                    )
           Defendants.

18       The plaintiff hereby notifies the court that a global settlement has been reached in

19  the above-captioned case and the parties would like to avoid any additional expense,

20  and to further the interests of judicial economy.

21       The plaintiff, therefore, applies to this Honorable Court to vacate all currently set

22  dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all

23  parties will be filed within 60 days.

24                        CENTER FOR DISABILITY ACCESS

25

26  Dated: September 10, 2020      By: /s/ Amanda Seabock
                                       Amanda Seabock
27                                     Attorney for Plaintiff

28

Notice of Settlement          -1-              2:19-CV-00098-JLS-KS