JS-6

# DENIED

## BY ORDER OF THE COURT

This matter was deemed dismissed as of November 9, 2020 by operation of the Court's Order Staying Action Pending Final Settlement, which stated that, if no dismissal was filed by November 9, 2020, the Court would deem the matter dismissed at that time. (Doc. 61).

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

NEHEMIAH KONG,

      Plaintiff,

    v.

TOWNE CENTER WEST I, LLC, a Delaware Limited Liability Company; TOWNE CENTER WEST II, LLC, a Delaware Limited Liability Company; SPRINT SPECTRUM, L.P., a Delaware Limited Partnership; SPRINT SPECTRUM HOLDING COMPANY, LLC, a Delaware Limited Liability Company; and Does 1-10,

      Defendants.

**Case No**. 2:19-CV-00098-JLS-KS

ORDER [proposed[

Having read the stipulation of the parties, and for good cause shown, the Court hereby GRANTS the request. The deadline to file

documents to reopen the matter, if at all, shall be extended up to and including December 9, 2020.

**IT IS SO ORDERED.**

Dated: _____

_____

HONORABLE JOSEPHINE L. STATON
United States District Judge