1  CENTER FOR DISABILITY ACCESS
   Ray Ballister Jr., Esq., SBN 111282
2  Russell Handy, Esq., SBN 195058
   Dennis Price, Esq., SBN 279082
3  Amanda Seabock, Esq., SBN 289900
   8033 Linda Vista Road, Suite 200
4  San Diego, CA 92111
   (858) 375-7385; (888) 422-5191 fax
5  AmandaS@potterhandy.com
   Attorneys for Plaintiff

6  MCGUIREWOODS LLP
   Matthew C. Kane, Esq. (SBN 171829)
7  Email: mkane@mcguirewoods.com
   Amy E. Beverlin, Esq. (SBN 284745)
8  Email: abeverlin@mcguirewoods.com
   1800 Century Park East, 7th Floor
9  Los Angeles, CA 90067-1501
   Tel: (310) 315-8200
10 Fax: (310) 315-8210
   Attorneys for Defendants
11 Sprint Spectrum, L.P. and Sprint Spectrum Holding
   Company, LLC

12 LAW OFFICES OF KENNETH I. GROSS &
   ASSOCIATES
13 KENNETH I. GROSS, ESQ., Bar #117838
   (kgross@kigrosslaw.com)
14 849 S. Broadway, Suite 504
   Los Angeles, California 90014-3232
15 Tel. (213) 627-0218
   Fax. (213) 623-4628
16 Attorney for Defendants
   Towne Center West I, LLC and Towne Center West II,
17 LLC

18                 UNITED STATES DISTRICT COURT
19                CENTRAL DISTRICT OF CALIFORNIA

20 NEHEMIAH KONG,                          ) Case No.: 2:19-CV-00098-JLS-KS
21        Plaintiff,                       )
                                           ) **JOINT STIPULATION FOR**
   v.                                      ) **DISMISSAL PURSUANT TO**
22                                         ) **F.R.C.P. 41 (a)(1)(A)(ii)**
   TOWNE CENTER WEST I, LLC, a             )
23 Delaware Limited Liability Company;     )
   TOWNE CENTER WEST II, LLC, a            )
24 Delaware Limited Liability Company;     )
   SPRINT SPECTRUM, L.P., a Delaware       )
25 Limited Partnership;                    )
   SPRINT SPECTRUM HOLDING                 )
26 COMPANY, LLC, a Delaware Limited        )
   Liability Company; and Does 1-10,      )
27                                         )
          Defendants.                      )
28

1  Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the
2  parties hereto that this action may be dismissed with prejudice as to all parties; each
3  party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the
4  matter has been resolved to the satisfaction of all parties.

6  Dated: March 12, 2021          CENTER FOR DISABILITY ACCESS

8                                 By: /s/ Amanda Seabock
                                       Amanda Seabock
9                                      Attorneys for Plaintiff

11 Dated: March 12, 2021          McGuireWoods LLP

13                                By: /s/ Amy E. Beverlin
                                       Matthew C. Kane
14                                     Amy E. Beverlin
                                       Attorneys for Defendants
15                                     Sprint Spectrum, L.P. and Sprint Spectrum
16                                     Holding Company, LLC

18 Dated: March 12, 2021          LAW OFFICES OF KENNETH I. GROSS &
19                                ASSOCIATES

21                                By: /s/ Kenneth I. Gross
                                       Kenneth I. Gross
22                                     Attorney for Defendants
                                       Towne Center West I, LLC and Towne Center
23                                     West II, LLC

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Amy E. Beverlin and Kenneth I. Gross, counsels for Sprint Spectrum, L.P. and Sprint Spectrum Holding Company, LLC and Towne Center West I, LLC and Towne Center West II, LLC, and that I have obtained authorization to affix their electronic signature to this document.

Dated: March 12, 2021          CENTER FOR DISABILITY ACCESS

                               By: /s/ Amanda Seabock
                                   Amanda Seabock
                                   Attorneys for Plaintiff